JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA ELIZABETH DOMINGUEZ on behalf of herself and others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>DVA RENAL HEALTHCARE, INC., a corporation; DAVITA HEALTHCARE PARTNERS, INC., a corporation; DVA HEALTHCARE RENAL CARE, INC., a corporation; RENAL HEALTHCARE, INC., a corporation; DAVITA, INC., a corporation, DAVITA, a business entity unknown; and DOES 1 to 100, Inclusive,<br><br>DEFENDANTS. | Case No. CV13-02493 DSF (CWx)<br><br>**JUDGMENT** |

1

On January 5, 2015, the Court held a hearing on Plaintiff Reina Dominguez's Motion for Final Approval of Class Action Settlement, including approval of requested attorneys' fees and costs and class representative service payment. The Court granted Plaintiff's Motion for Final Approval of Class Action Settlement and approved the requested attorneys' fees and costs and class representative service payment. The Court enters judgment as set forth in the Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement.

Dated: January 9, 2015

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE